# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130662

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAY SOLENTO IRWIN,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130662
COA: 257405
Saginaw CC: 03-023547-FC

      On order of the Court, the application for leave to appeal the January 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724